```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| NICOLE KINASCZUK,<br>    Plaintiff | : <br>: |
| vs. | : CIVIL NO. 1:CV-07-1904 |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>    Defendant | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 2nd day of September, 2008, upon consideration of the report (doc. 16) of the magistrate judge, filed May 14, 2008, the objections (doc. 18) that were filed, and upon independent review of the record, it is ordered that:

   1. The magistrate judge's report is adopted.

   2. Plaintiff's appeal of the decision of the defendant, Commissioner of Social Security, is denied.

   3. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge